**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Phillip Joseph Stegall, Appellant,

v.

Jessica Lynn Stegall, Respondent.

Appellate Case No. 2016-001702

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

Unpublished Opinion No. 2017-UP-360
Submitted September 15, 2017 – Filed September 29, 2017

**AFFIRMED**

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Andrew Richard Havran, of Greer, for Respondent.

Robert A. Clark, of Robert A. Clark, Attorney at Law, of Greenville, as Guardian ad Litem for the minor child.

**PER CURIAM:** Phillip Joseph Stegall appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016). After a thorough review of the record and the family court's findings

of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Stegall's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.